**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of California, Fresno Division

Case number (if known): _____    Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | Svenhard's Swedish Bakery |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    9 4 – 1 4 7 6 3 6 6

**4. Debtor's address**

**Principal place of business**

2071 W Barstow Ave
Number          Street

Fresno, CA 93711
City                State     ZIP Code

Fresno
County

**Mailing address, if different from principal place of business**

Number          Street

P.O. Box

City                State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                State     ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor    Svenhard's Swedish Bakery _____    Case number *(if known)* _____
_____    Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
    3    1    1    8

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☑ Chapter 11. *Check all that apply:* |

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | ☐ Yes. District _____ When _____ Case number _____ |
| If more than 2 cases, attach a separate list. | MM / DD / YYYY |
| | District _____ When _____ Case number _____ |
| | MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | ☐ Yes. Debtor _____ Relationship _____ |
| List all cases. If more than 1, attach a separate list. | District _____ When _____ |
| | MM / DD / YYYY |
| | Case number, if known _____ |

Debtor      Svenhard's Swedish Bakery                                    Case number (if known) _____
            Name

| | | |
|---|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the propery?**

_____
Number          Street

_____

_____          _____
City                             State

_____
ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name       _____

          Phone              _____

---

**Statistical and administrative information**

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49   ☐ 50-99 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 100-199   ☑ 200-999 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| | ☐ 10,001-25,000 | ☐ More than 100,000 |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Svenhard's Swedish Bakery | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11. United States Code. specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/19/2019
　　　　　　　MM/ DD/ YYYY

X _____          _____   David Kunkel
Signature of authorized representative of debtor          Printed name

Title _____ Chief Operating Officer _____

**18. Signature of attorney**

X _____          Date  12/19/2019
Signature of attorney for debtor                              MM/ DD/ YYYY

Derrick Talerico
Printed name

Zolkin Talerico LLP
Firm name

12121 Wilshire Blvd
Number          Street

Los Angeles                                    CA          90025
City                                           State        ZIP Code

(424) 500-8552                                 dtalerico@ztlegal.com
Contact phone                                  Email address

223763                                         CA
Bar number                                     State

# ACTION BY UNANIMOUS WRITTEN CONSENT OF

# THE BOARD OF DIRECTORS OF

# SVENHARD'S SWEDISH BAKERY

# AUTHORIZING FILING OF BANKRUPTCY PETITION

The undersigned, constituting all members of the Board of Directors of SVENHARD'S SWEDISH BAKERY, a California corporation (the "Company"), organized under the laws of the State of California, hereby certifies and adopts the following resolution as the action of the Company.

RESOLVED, that the Board of Directors has determined, based upon prior events and advice of counsel, that it is in the best interests of the Company, its creditors, and other interested parties, that the Company file a petition under the provisions of Chapter 11 of title 11 of the United States Code;

FURTHER RESOLVED, that David Kunkel, the Company's Chief Operating Officer, is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

FURTHER RESOLVED, that David Kunkel the Company's Chief Operating Officer is hereby authorized and directed on behalf of and in the name of the Company, to execute and to file and to cause counsel for the Company to prepare (with the assistance of the Company) as appropriate, all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which David Kunkel deems necessary and proper in connection with the Company's bankruptcy case without further approval of the Board of Directors;

FURTHER RESOLVED, that the Company hereby retains the law office of Zolkin Talerico LLP as bankruptcy counsel for the Company, for the purpose of, among other things, representing the Company in its Chapter 11 case.

Dated: December 13, 2019

By:_____
    David Kunkel

By:_____
    Borje Svenhard

## ACTION BY UNANIMOUS WRITTEN CONSENT OF

## THE BOARD OF DIRECTORS OF

## SVENHARD'S SWEDISH BAKERY

## AUTHORIZING FILING OF BANKRUPTCY PETITION

The undersigned, constituting all members of the Board of Directors of SVENHARD'S SWEDISH BAKERY, a California corporation (the "Company"), organized under the laws of the State of California, hereby certifies and adopts the following resolution as the action of the Company.

RESOLVED, that the Board of Directors has determined, based upon prior events and advice of counsel, that it is in the best interests of the Company, its creditors, and other interested parties, that the Company file a petition under the provisions of Chapter 11 of title 11 of the United States Code;

FURTHER RESOLVED, that David Kunkel, the Company's Chief Operating Officer, is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

FURTHER RESOLVED, that David Kunkel the Company's Chief Operating Officer is hereby authorized and directed on behalf of and in the name of the Company, to execute and to file and to cause counsel for the Company to prepare (with the assistance of the Company) as appropriate, all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which David Kunkel deems necessary and proper in connection with the Company's bankruptcy case without further approval of the Board of Directors;

FURTHER RESOLVED, that the Company hereby retains the law office of Zolkin Talerico LLP as bankruptcy counsel for the Company, for the purpose of, among other things, representing the Company in its Chapter 11 case.

Dated: December 13, 2019

By: _David Kunkel_
    David Kunkel

By: _____
    Borje Svenhard

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Svenhard's Swedish Bakery |
| United States Bankruptcy Court for the: | Eastern District of California, Fresno Division |
| Case number (if known): | _____ |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Allied Packaging Company 5640 S 16th St Phoenix, AZ 85040-3511 | (602) 437-3831 | Trade Vendor | | | | $269,714.18 |
| 2  Bake Mark 7351 Crider Ave Pico Rivera, CA 90660 | (562) 949-1054 | Trade Debt | | | | $170,730.76 |
| 3  Bakery & Confectionery Union Intl Health Benefits & Pension Fund 10401 Connecticut Ave Kensington, MD 20895-3951 | (301) 468-3750 sbrock@bcpen.org | Pension Fund Settlement Agreement | | | | $2,380,409.88 |
| 4  Bank of America Attn Daryl Hogge SVP Comml Banking 135 S LaSalle St Chicago, IL 60603 | (503) 795-6469 | Unsecured Line of Credit | | | | $5,029,044.97 |
| 5  Batory Foods High Ratio PO 2601 S Malt Ave Los Angeles, CA 90040 | (800) 779-0921 | Trade Debt | | | | $309,022.56 |
| 6  Dawn Food Products Inc 3333 Sargent Rd Jackson, MI 49201 | (800) 248-1144 | Trade Debt | Disputed Unliquidated | | | $756,075.00 |
| 7  Divine Enterprises 3555 Cincinnati Ave Rocklin, CA 95765 | (916) 781-7200 | Trade Debt | | | | $199,198.13 |
| 8  Fleetwood-Fibre Packaging Attn Accounts Receivable 15250 Don Julian Rd Hacienda Heights, CA 91745 | (626) 968-8503 | Trade Debt | | | | $347,933.88 |

| Debtor | Svenhard's Swedish Bakery | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Hampton, Tommy<br>3258 Blandon Rd<br>Oakland, CA 94605 | (510) 220-5232 | Pension Plan Funding | Unliquidated | | | $266,163.97 |
| 10   Kingsley & Kingsley APC<br>16133 Ventura Blvd<br>Encino, CA 91436 | (818) 990-8300 | Employment Claim Settlement | | | | $166,666.64 |
| 11   Kurisu, Kerry<br>144 Arlene Dr<br>Walnut Creek, CA 94595 | (925) 899-3671 | Pension Plan Funding | Disputed Unliquidated | | | $258,366.72 |
| 12   NCGT Security Fund<br>Attn Dave Hawley<br>PO Box 2300<br>Stockton, CA 95201 | (800) 422-6099 | Trade Debt | | | | $1,692,544.29 |
| 13   Nulaid Foods Inc<br>200 W Fifth St<br>Ripon, CA 95366 | (209) 599-2121 | Trade Debt | | | | $166,012.28 |
| 14   Prola, Doug<br>273 Reardon St<br>Oakdale, CA 95361 | (209) 581-5924 | Pension Plan Funding | Unliquidated | | | $247,057.09 |
| 15   Pruitt, Bill<br>960 N Stonewood St<br>La Habra, CA 90631 | (714) 606-1858 | Pension Plan Funding | Unliquidated | | | $171,842.42 |
| 16   Richards, Dennis<br>422 E Shelldrake Cir<br>Fresno, CA 93730 | (925) 336-1940 | Pension Plan Funding | Unliquidated | | | $168,077.98 |
| 17   Rodriquez, Carl<br>115 Elder Dr<br>Martinez, CA 94553 | (510) 502-9530 | Pension Plan Funding | Unliquidated | | | $163,757.74 |
| 18   Teamsters Local 853<br>7750 Pardee Ln<br>Oakland, CA 94621 | (510) 895-8853 | Collective Bargaining Agreement | Unliquidated | | | $300,000.00 |
| 19   United States Bakery<br>Attn Mike Petitt CFO<br>315 NE 10th Ave<br>Portland, OR 97223 | (503) 232-2191 | Note Payable | Disputed Unliquidated | $3,284,345.92 | TBD | $3,284,345.92 |
| 20   Western Conf Teamsters Pension Trust<br>No California Admin Office<br>1000 Marina Blvd<br>Brisbane, CA 94005-1841 | (650) 570-7300 | Pension Plan | Unliquidated | | | $181,818.53 |

Fill in this information to identify the case:

Debtor name       Svenhard's Swedish Bakery

United States Bankruptcy Court for the:
      Eastern District of California, Fresno Division

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)*

☐   *Amended Schedule* _____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐   *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/19/2019
          MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

David Kunkel
Printed name

Chief Operating Officer
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re                     )

SVENHARD'S SWEDISH BAKERY   )      Case No.

                         )

_____ )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: December 19, 2019
_____

_____
Debtor's Signature

DATED: _____

_____
Joint Debtor's (if any) signature


**Submit this form and your Master Address List to one of the following addresses:**

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100 Rev. 6/20/17

1 World Sync
Dept 781341
Detroit, MI 48278-1341

2 Market Visuals
903 E Douglas St
Visalia, CA 93292

2Market Visuals
226 S Cotta Court
Visalia, CA 93292

4HandyMan4U
2211 Rolling Ridge Rd
Chula Visa, CA 91914

Aeros Environmental
18828 Highway 65
Bakersfield, CA 93308

Airgas -USA
PO Box 7423
Pasadena, CA 91109-7423

Alameda Electrical Dist
3875 Bay Center Place
Hayward, CA 94545

Allied Packaging Company
5640 S 16th St
Phoenix, AZ 85040-3511

Altec Packaging Inc
1711 Junction CT #350
San Jose, CA 95112


Anchor Ingredients
4876 Rocking Horse Cir S
Fargo, ND 58104


AOS-Automated Office
Systems
341 W Fallbrook
Fresno, CA 93711


Aramark Uniforms - Exeter
PO Box 101179
Pasadena, CA 91189-1179


Armour Scale Company
1708 W Myrtle Ave
Visalia, CA 93277


ASCS
1846 Rosemeade Pkwy Suite 295
Carrollton, TX 75007


Ashworth Bros Inc
PO Box 845816
Boston, MA 02284-5816


AT&T-IpRouter#914
PO Box 5019
Carol Stream, IL 60197-5019

AT&T-IpVoice#918
PO Box 5019
Carol Stream, IL 60197-5019


AT&T-Toll Free Line
PO Box 5019
Carol Stream, IL 60197-5019


Autozone
PO Box 116067
Atlanta, GA 30368


AverTest
2916 W Marshall St
Richmond, VA 23230-4811


Bake Mark
7351 Crider Ave
Pico Rivera, CA 90660


Baker Thermal Solutions
PO Box 933182
Cleveland, OH 44193


Don Baker
2000 Shropshire St
Roseville, CA 95747


Bakery & Confectionery Union
Intl Health Benefits & Pension Fund
10401 Connecticut Ave
Kensington, MD 20895-3951

Bank of America
Attn Daryl Hogge SVP Comml Banking
135 S LaSalle St
Chicago, IL 60603


Michelle Barnett
233 Valley View Dr
Exeter, CA 93221


Batory Foods
PO Box 80047
City of Industry, CA 91716-8047


Batory Foods
High Ratio PO
2601 S Malt Ave
Los Angeles, CA 90040


Bayco Inc
30900 Huntwood Ave
Hayward, CA 94544


Beeson Tayer & Bodine APC
Attn Catherine Holzhauser/Travis West
520 Capitol Mall Ste 300
Sacramento, CA 95814-4714


Blakeley & Blakeley
Attn Scott Blakeley Esq
2 Park Plaza
Irvine, CA 92614


Blue Diamond Growers
PO Box 742732
Los Angeles, CA 90074-2732

**Bolton & Company**
PO Box 6030
Pasadena, CA 91102-6030

**Bolton & Company**
3475 E Foothill Blvd
Pasadena, CA 91107

**Michael Bonnee**
7121 Pilot Dr
Sparks, NV 89436-5423

**Bosch Packaging Service Inc.**
36809 Treasury Center
Chicago, IL 60694-6800

**Bre Delta Industrial Sacramento**
1415 N Makt Blvd Suite 1
Sacramento, CA 95834

**Bridgewell Agribusiness LLC**
PO BOX 2289
Clackamas, OR 97015-9594

**Bruces Tire**
PO Box 2300
Livermore, CA 94551

**BSK Associates**
550 West Locust Ave
Fresno, CA 93650

California Boiler
1800 Newport Circle
Santa Ana, CA 92705

California Dept of Tax & Fee
Admin
Account Information grp MIC: 29
PO Box 942879
Sacramento, CA 94279-0029

California Industrial Rubber
PO Box 2456
Fresno, CA 93745-2456

CampagneLaw
Attn Justin Thomas Campagne
1685 N Helm Ave
Fresno, CA 93727

Cargo Barn
PO Box 90
Salt Lake City, UT 84110-0090

CEN-CAL Distributing
1230 N Santa Fe
Visalia, CA 93292

Certified Laboratories of
Northern CA
65 Marcus Dr
Melville, NY 11747

Chooljian Brothers Packing Co
3192 S Indianaola Ave
Sanger, CA 93657

Christopher Hughes
Attn Evan S Gaines Esq
27200 Agoura Rd Ste 101
Agoura Hills, CA 91301


Cintas Corp #054
PO Box 29059
Phoenix, AZ 85038-9059


City of Exeter-Loan
100 N C St
Exeter, CA 93221


City of Exeter-Water
137 N F St
Exeter, CA 93221


Comcast
PO Box 34744
Seattle, WA 98124-1744


Commercial Energy
PO Box 15040
Sacramento, CA 95851


Compass Broadcasting Inc
139 W Olive Ave
Fresno, CA 93728


Cosco Fire Protection
4233 West Sierra Madre #108
Fresno, CA 93722

**Craigs Auto Parts-Exeter**
137 N Valencia Blvd
Woodlake, CA 93286

**CSM Worldwide Inc**
36 S Adamsville Rd
Bridgewater, NJ 08807

**D6 INC**
4630 NE 190th Ln
Portland, OR 97230

**Herman Dado**
318 Redrock Dr
Antioch, CA 94509

**DataPath**
PO Box 396009
San Francisco, CA 94139-6009

**Dawn Food Products Inc**
3333 Sargent Rd
Jackson, MI 49201

**Divine Enterprises**
3555 Cincinnati Ave
Rocklin, CA 95765

**Doug Deleo Welding Inc**
PO Box 878
Lindsay, CA 93247

Eco Delight Coffee
1616 Corporate Circle
Petaluma, CA 94954


Eco-Lab
PO Box 32027
New York, NY 10087-2027


EJ Fleming & Associates Inc
455 Los Pajaros Ct
Los Altos, CA 94024


Employment Development
Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Energy Resources Corp
PO Box 27854
Fresno, CA 93729


Engage Technologies
7041 Boone Ave North
Brooklen Park, MN 55428


Exeter Chamber Of
Commerce
101 W Pine
Exeter, CA 93221


Exeter Mercantile Co
PO Box 67
Exeter, CA 93221

Fast Undercar
1835 Oak St
Alameda, CA 94501

FasTrak
PO Box 26925
San Francisco, CA 94126-6925

Federal Express
PO Box 7221
Pasadena, CA 91109-7321

FFE Transportation
PO Box 847576
Dallas, TX 75284-7576

First National Bank
PO Box 2814
Omaha, NE 68103-2814

Flamingo Pallets Inc
PO Box 6815
Visalia, CA 93290

Fleetwood-Fibre Packaging
Attn Accounts Receivable
15250 Don Julian Rd
Hacienda Heights, CA 91745

Flyers Energy LLC
Dept #34516
San Francisco, CA 94139-0001

Ford Credit
PO Box 522679
Detroit, MI 48255-2679

Fork Lift Specialties Inc
3711 W Franklin
Fresno, CA 93706

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407

Frontier Law Center
23901 Calabasas Rd
Calabasas, CA 91302

Fruit Fillings
2531 E Edgar
Fresno, CA 93706

Gallagher Bassett Services
Inc
15763 Collections Center Dr
Chicago, IL 60693

Golden Felicity
PO Box 3799
Riverside, CA 92519


Good Guy Tires Auto Repair
2530 N Weber
Fresno, CA 93705


Tommy Hampton
3258 Blandon Rd
Oakland, CA 94605


Hatmaker Law Group
7522 Colonial Ave
Fresno, CA 93711


Hayward Water System
PO Box 6004
Hayward, CA 94540


Marilyn Hedges-Hiller
5500 C Schurz Hwy
Fallon, NV 89406


Christy Henjes
463 Hwy 35
Dakota City, NE 68731


Home Depot Credit Services
PO Box 78047
Phoenix, AZ 85062-8047

Soledad Huesca

ID Technology LLC
PO Box 73419
Cleveland, OH 44193

Iheart Radio
83 E Shaw Ave
Fresno, CA 93710

Industrial Caster & Wheel Co
2200 Carden St
San Leandro, CA 94577

IntegraSys Inc
786 Mountain Blvd Suite 101
Watchung, NJ 07069

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jagger F Lawrence DDS PC
3225 W Carefree Cir
Colorado Springs, CO 80917

Jeffrey Yount
Attn Manny Starr Esq
23901 Calabasas Rd Ste 2074
Calabasas, CA 91302

JTI Electrical &
Instrumentation
2161 Saturn Ct
Bakersfield, CA 93308


Jules & Associates
515 S Figueroa St Ste 1900
Los Angeles, CA 90071


Jules & Associates
PO Box 790448
Saint Louis, MO 63179-0448


Kaweah Container Inc
7101 Ave 304
Visalia, CA 93291


Kaweah Lift Inc
PO Box 4227
Visalia, CA 93278-4227


Kingsley & Kingsley APC
16133 Ventura Blvd
Encino, CA 91436


Eric Krause
5437 Ridgevale Rd
Pleasanton, CA 94566


Kronos Incorporated
PO Box 743208
Atlanta, GA 30374-3208

Kuhl Corporation
PO Box 26
Flemington, NJ 08822-0026

David C Kunkel
2071 W Barstow
Fresno, CA 93711

Kerry Kurisu
144 Arlene Dr
Walnut Creek, CA 94595

L&H Airco
2530 Warren Dr
Rocklin, CA 95677

La Quinta Inn & Ontario
Airport
3555 Inland Empire Blvd
Ontario, CA 91764

La Quinta Visalia
5438 W Cypress Ave
Visalia, CA 93277

Label Technology
2050 Wardrode Ave
Merced, CA 95340

Lalle/American Yeast
Company
75 Remittance Dr
Chicago, IL 60675-1074

Landsberg
PO Box 101144
Pasadena, CA 91189-1144


Laurel Inn
801 W Laurel Dr
Salinas, CA 93906


Lawrence Tractor Co Inc
2530 E Main St
Visalia, CA 93292


Los Amigos Tire Service
123 S Main St
Manteca, CA 95336


Mallet & Co Inc
PO Box 474
Carnegie, PA 15106


Mario Ratto
Attn Manny Starr Esq
23901 Calabasas Rd Ste 2074
Calabasas, CA 91302


Markem Corporation - Ing
150 Congress St
Keene, NH 03431


Markem -Imaje Corporation
PO Box 3542
Boston, MA 02241

MarVal
856 N Sacramento St
Lodi, CA 95240


Mc Gee Refrigeration
PO Box 7076
Visalia, CA 93290


Mcmaster-Carr Supply Co
PO Box 7690
Chicago, IL 60680


Medallion Supply Inc
PO Box 398835
San Francisco, CA 94139-8835


Miller Milling Company
Lock Box 3NW 8726
Minneapolis, MN 55485-8726


Milton


Motion Industries Inc
4057 W Shaw Ave Ste 102
Fresno, CA 93722


Napa Auto Parts - Fresno DC
File #56893
Los Angeles, CA 90074-6893

Napa Auto Parts-Woodlake
auto
137 N Valencia Blvd
Woodlake, CA 93286

National Drive
PO Box 758637
Baltimore, MD 21275

National Labor Relations
Board
Attn Valerie Hardy-Mahoney Region 32
1301 Clay St Ste 300N
Oakland, CA 94612-5224

National Labor Relations
Board
Attn D Criss Parker Esq - Region 32
1301 Clay St Ste 300N
Oakland, CA 94612-5224

NCGT Security Fund
Attn Dave Hawley
PO Box 2300
Stockton, CA 95201

Neogen Corporation
25153 Network Pl
Chicago, IL 60673-1251

Tony Neves

Terry Newcomb
1707 SE Tempest Dr #30
Aurora, OR 97002

Nielsen Company
PO Box 88956
Chicago, IL 60695-8956

No Cal General Teamsters Sec
Fund
1600 Harbor Bay Pkwy
Alameda, CA 94502

Nor Cal Bakery Drivers
Organization
7750 Pardee
Oakland, CA 94621

Norcal Pac Lease Kenworth
3900 Taylor St
Sacramento, CA 95838

Nordson Corporation
PO Box 802586
Chicago, IL 60680-2586

Northland Processing Inc
1662 320th Ave
Isle, MN 56342

Northstate Grocery
PO Box 439
Cottonwood, CA 96022

Nulaid Foods Inc
200 W Fifth St
Ripon, CA 95366

Omega Engineering Inc
26904 Network Pl
Chicago, IL 60673-1269


Orkin Services of California
PO Box 7161
Pasadena, CA 91109


Carol Oswald
5211 Volkerts Rd
Sebastopol, CA 95472


Palm Occupational
235 East Noble Ave
Visalia, CA 93277-2858


Pan Glo Services
1550 Custer Ave
San Francisco, CA 94124


Park City Group
299 S Main St #2225
Salt Lake City, UT 84111


Paterson Pacific Paper
625 Greg St
Sparks, NV 89431


Peco Pallet
2990 Momentum Pl
Chicago, IL 60689-5329

Pedro Villalobos
Attn Evan S Gaines Esq
27200 Agoura Rd Ste 101
Agoura Hills, CA 91301


Peninsula Packaging Co
91218 Collection Center Dr
Chicago, IL 60693


PG & E - Gas
Box 997300
Sacramento, CA 95899


Pitney Bowes Global-Exeter
PO Box 371887
Pittsburgh, PA 15250-7887


Praxair Distribution Inc
Dept La 21511
Pasadena, CA 91185


Prepass
PO Box 52774
Phoenix, AZ 85072


Doug Prola
273 Reardon St
Oakdale, CA 95361


Bill Pruitt
960 N Stonewood St
La Habra, CA 90631

Raleys Superstores
PO Box 15618
Sacramento, CA 95852


Republic Services #915
18500 N Allied Way
Phoenix, AZ 85062-8829


Resource Buyers
4274 S K St
Tulare, CA 93274


John Reyes


Dennis Richards
422 E Shelldrake Cir
Fresno, CA 93730


Right Way Pumping
Technology
2425 N Pima Ave
Fresno, CA 93722


RINA Accountancy Corp
201 N Civic Dr
Walnut Creek, CA 94596


Rino Pacific
PO Box 725
Ukiah, CA 95482-0725

Robb Ross
2351 E Edgar Ave
Fresno, CA 93706


Robert Yates
Attn Howard L Magee Esq
515 S Figueora St Ste 1250
Los Angeles, CA 90071-3316


Roboostoff & Kalkin
Attn William Reilly/Constantin Roboostoff
369 Pine St Ste 820
San Francisco, CA 94104


Desiree Rodgers
402 S Riverbirch Dr
Springfield, MO 65809


Carl Rodriquez
115 Elder Dr
Martinez, CA 94553


Rose Carpenter Singh
Attn Roman Otkupman Esq
28632 Roadside Dr Ste 203
Agoura Hills, CA 91301-6015


Roto-Rooter Sewer Service
2141 Industrial Ct Suite B
Vista, CA 92081


Helen Ruiz
6509 Springridge Wy
Elk Grove, CA 95758

Sacramento Auto Glass
4701 Florin Rd
Sacramento, CA 95823

Safeway Inc
Wachovia Bank
Charlotte, NC 28275-1743

Sagaser Watkins & Wieland
PC
5260 N Palm Ave
Fresno, CA 93704

Salvador Sainz

San Joaquin Valley Air
Pollution
34946 Flyover Ct
Bakersfield, CA 93221

San Pro Medical Waste
Disposal
PO Box 336
Lakewood, NJ 08701

Robert Schinauer
2771 Ellingson Way
San Ramon, CA 94583-2408

Security First
PO Box 7463
Visalia, CA 93290

Sedgwick Cash Call
PO Box 14573
Lexington, KY 40512

Sedgwick Claims Management
Ser
PO Box 204036
Dallas, TX 75320-4036

Sequoia Transportation
1308 W Center Ave
Visalia, CA 93291

Shamrock Office Solutions
Inc
6908 Sierra Ct Suite A
Dublin, CA 94568

Shepard Brothers
503 S Cypress St
La Habra, CA 90631

Silliker Inc
3155 Paysphere Cir
Chicago, IL 60674

So Cal Gas Company
PO Box C
Monterey Park, CA 91756

Southern CA Edison-Exeter
PO Box 300
Rosemead, CA 91772-0001

Spectrum Business
PO Box 60229
Los Angeles, CA 90060


Spence Fence Company
1145 N Miller Park Ct
Visalia, CA 93291


Sprague Pest Solutions
3003 Petrol Rd
Bakersfield, CA 93308


Summerfield Apartments
4620 W Douglas Ave
Visalia, CA 93291


Borge Svenhard
307 Abbey St
Winters, CA 95694


Ronny Svenhard
Quail Park
4520 W Cypress Ave
Visalia, CA 93277


Svenhards Partnership LP
Attn Ronnie Svenhard
4520 W Cypress Ave
Visalia, CA 93277


Tahoe Instruments
PO Box 846
Novato, CA 94948

Teamsters Local 315
Attn Sheila K Sexton Esq/Beeson Tayer &
Bodine
483 Ninth St 2nd Fl
Oakland, CA 94607

Teamsters Local 853
7750 Pardee Ln
Oakland, CA 94621

Teco Pneumatic Inc
1069 Serpentine Ln
Pleasanton, CA 94566

TF Tire & Service
837 Industrial Ave
Tulare, CA 93274

The Amalgamated Sugar Co
PO Box 83257
Chicago, IL 60691-0257

The Polenta Company
455 Los Pajaros Ct
Los Altos, CA 94024

Thiele Technologies
25235 Network Pl
Chicago, IL 60673-1252

Traction
PO Box 749986
Los Angeles, CA 90074-9986

Troys Glass
1501 E Tulare Ave
Tulare, CA 93274

Tulare Co Environmental
Health
5957 S Mooney Blvd
Visalia, CA 93277

Tulare County Sheriffs Office
221 South Mooney Blvd Rm 102
Visalia, CA 93291

Tulare County Tax Collector
221 S Mooney Blvd
Visalia, CA 93291

U P S
PO Box 894820
Los Angeles, CA 90189-4820

ULINE Supply
PO Box 88741
Chicago, IL 60680-1741

Ultra Wash Inc
5357 El Caminito Ct
Castro Valley, CA 94546

United Staffing
505 Higuera St
San Luis Obispo, CA 93401

**United States Bakery**
Attn Mike Petitt CFO
315 NE 10th Ave
Portland, OR 97223

**Unwired Broadband**
215 W Fallbrook Ave
Fresno, CA 93711

**US Bank Equipment Finance**
PO Box 580337
Minneapolis, MN 55458

**US Bank Ricoh**
PO Box 790448
St Louis, MO 63179-0448

**US Cold Storage**
PO Box 2067
Fresno, CA 93718

**Valley Ind & Fam Med Grp**
225 So Chinowth
Visalia, CA 93291

**Valley Iron**
PO Box 12024
Fresno, CA 93776-2024

**Visalia Times-Delta**
PO Box 677393
Dallas, TX 75267-7393

Waste Management-Exeter
PO Box 541065
Los Angeles, CA 90054-1065

Wells Fargo Equipment
Finance
733 Marquette Ave Ste 700
Minneapolis, MN 55402

Western Conf Teamsters
Pension Trust
No California Admin Office
1000 Marina Blvd
Brisbane, CA 94005-1841

Whitten Machine inc
4770 S K St
Tulare, CA 93274

Williams Scotsman Inc
PO Box 91975
Chicago, IL 60693-1975